CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mauricio Valido     JOINT DEBTOR: _____     CASE NO.: _____
Last Four Digits of SS# 1022     Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 1350.00 for months 1 to 36.
B. $ _____ for months ___ to ___.
C. $ _____ for months ___ to ___: in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $ 3650 -     TOTAL PAID $ 1618 —
Balance Due    $ 2032 - payable $ 119.53/month (Months 1 to 17)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____     Arrearage on Petition Date
Address: _____     Arrears Payment    $ _____ /month (Months ___ to ___)
_____     Regular Payment    $ _____ /month (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due    $ _____
Payable    $ _____ /month (Months ___ to ___)
Regular Payment $ _____

Unsecured Creditors: Pay $ 1.97 /month (Months 1 to 17) and pay $121.50/month (Months 18 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Chase for first mortgage on homestead, Chase and Indian Creek for HOA to be paid direct

M. Valid
Debtor
Date: _____

LF-31 (rev. 01/08/10)

Reyes & Calas-Johnson, P.A, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900